EDWARD C. OSBORN and Another v. PETER FROYSETH.[1]

February 26, 1909.

Nos. 15,849—(211).

Action in ejectment in the district court for Chippewa county by the assignees in trust of the Hastings & Dakota Railway Company against a person who had occupied since 1889 land within the indemnity limit claimed by that company under its land grant. The case was tried before Powers, J., who made findings and ordered judgment in favor of defendant. From an order denying their motion for a new trial, plaintiffs appealed. Affirmed.

*Owen Morris* and *Lyndon A. Smith,* for appellants.

*C. A. Fosnes,* for respondent.

[1] Reported in 119 N. W. 1135.

PER CURIAM.

In Osborn v. Froyseth, 105 Minn. 16, 116 N. W. 1113, all the controversies involved in this appeal appear to have been determined adversely to plaintiff and appellant here, and in favor of defendant and respondent. We have examined the paper book and briefs in the case reported supra, and compared them with the paper book and briefs in the case at bar. Opportunity was given plaintiff to show cause why the decision in that case should not control the decision in the instant case. No such cause has been shown. The conclusion inevitably follows that the former decision determines the issues adversely to plaintiff. In this view, it would be superfluous to consider the additional points which the defendant presents. Affirmed.